20550.   VAUGHN *v.* THE STATE.

BROYLES, C. J.   1. Under all the facts of the case it does not appear that the trial judge abused his discretion in denying the motion for a continuance.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED JULY 15, 1930.